UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID BRISSON, TERRI BARFIELD,
ROBERT ORMORD, and on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.                                    CASE NO: 8:08-cv-2491-T-26MAP

FORD MOTOR COMPANY,

    Defendant.
_____/

**O R D E R**

Defendant has filed a motion requesting the Court to vacate its order of dismissal of this case without prejudice entered December 4, 2009, at docket 38, on the basis that this Court lacked jurisdiction to enter that order. Because well-settled Eleventh Circuit supports Defendant's argument, the motion is due to be granted without the need for a response from Plaintiffs.

Following remand of this case from the Eleventh Circuit Court of Appeals,[1] the Court directed Plaintiff's to file an amended complaint consistent with the Eleventh Circuit's judgment and mandate.[2] Plaintiffs chose, however, to file a notice of voluntary dismissal without prejudice

---

[1] See docket 35.

[2] See docket 36.

pursuant to Rule 41(a)(1)(a).[3] The Court, prompted by the notice, entered the challenged endorsed order which provided in pertinent part that "this case is dismissed without prejudice." As correctly argued by Defendant, such an order was not required inasmuch as dismissal was effective immediately when the notice was filed. See Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (stating that "[t]he dismissal is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is required.") (citation omitted).

Accordingly, it is ordered and adjudged that Defendant's Motion to Vacate December 4, 2009 Order (Dkt. 39) is granted. The Court's endorsed order of December 4, 2009, found at docket 38, is vacated. The Clerk, however, shall continue to maintain this case in closed status.

**DONE AND ORDERED** at Tampa, Florida, on December 11, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[3] See docket 37.